1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant JOHNSON
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,           ) No. CR 10-360 ~~CRB~~
                                         )
11 |            Plaintiff,                ) **STIPULATION AND [~~PROPOSED~~]**
                                         ) **ORDER FOR CONTINUANCE OF**
12 |    v.                                ) **STATUS CONFERENCE**
                                         )
13 | WARREN JOHNSON,                     )
                                         ) Date:  October 21, 2011
14 |            Defendant.                ) Time:  10:30 a.m.
                                         ) Court: The Honorable Joseph C. Spero
15

16
        The parties hereby stipulate and agree as follows:
17
        1.   This matter is set for a status conference on October 21, 2011 at 10:30 a.m.;
18
        2.   Counsel for Mr. Johnson is scheduled to be in trial on October 21, 2011 and can
19
             no longer make the status conference;
20
        3.   Counsel for the government has been contacted and has no objection to the
21
             continuation;
22
        4.   The defense thus requests that the status conference be
23
             continued to November 3, 2011 at 10:30 a.m.
24

25

26

10-360 CRB; Stipulation to Continue              1

IT IS SO STIPULATED.

Dated: October 20, 2011

_____/S/_____
ELIZABETH M. FALK
ASSISTANT FEDERAL PUBLIC DEFENDER

Dated: October 20, 2011

_____/S/_____
KIRSTIN AULT
ASSISTANT UNITED STATES ATTORNEY

### [PROPOSED] ORDER

For the reasons set forth above, the change of plea hearing in the aforementioned matter is hereby CONTINUED from October 19 , 2011 to November 3, 2011 at 10:30 A.m.

**IT IS SO ORDERED**.

DATED: 10/21/11

_____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES DISTRICT JUDGE

10-360 CRB; Stipulation to Continue          2